UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HORSES OF CUMBERLAND ISLAND, | ) | |
| THE GEORGIA EQUINE RESCUE LEAGUE, LTD, | ) | |
| THE GEORGIA HORSE COUNCIL, INC., | ) | |
| WILL HARLAN, AND CAROL RUCKDESCHEL | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | |
| HON. DEB HAALAND, in her official capacity as | ) | FILE NO. |
| SECRETARY OF THE INTERIOR, | ) | |
| 1849 C STREET, N.W. | ) | 1:23-CV-01592-SEG |
| WASHINGTON, D.C. 20240 | ) | |
| | ) | |
| MARK FOUST, in his official capacity as | ) | |
| DIRECTOR SOUTH ATLANTIC-GULF REGION | ) | |
| NATIONAL PARK SERVICE | ) | |
| DEPARTMENT OF THE INTERIOR | ) | |
| ATLANTA FEDERAL CENTER, 1924 BUILDING | ) | |
| 100 ALABAMA STREET, S.W. | ) | |
| ATLANTA, GA 30303 | ) | |
| | ) | |
| GARY INGRAM, in his official capacity as | ) | |
| SUPERINTENDENT, | ) | |
| CUMBERLAND ISLAND NATIONAL SEASHORE | ) | |
| NATIONAL PARK SERVICE | ) | |
| DEPARTMENT OF INTERIOR | ) | |
| 101 WHEELER STREET | ) | |
| ST. MARYS, GEORGIA 31558 | ) | |
| | ) | |
| MARK WILLIAMS, in his official capacity as | ) | |
| COMMISSIONER of the GEORGIA | ) | |
| DEPARTMENT OF NATURAL RESOURCES. | ) | |
| 2 MARTIN LUTHER KING JR. DR., S.E. | ) | |

| | |
|---|---|
| SUITE 1252<br>ATLANTA, GA 30334<br><br>TYLER HARPER, in his official capacity as<br>COMMISSIONER, GEORGIA<br>DEPARTMENT OF AGRICULTURE<br>19 MARTIN LUTHER KING, JR. DR., S.W.<br>ATLANTA, GA 30334<br><br>                                            DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The case is before the Court on Plaintiffs' unopposed motion to extend the deadline to respond to the motion to dismiss filed by The Georgia Department of Natural Resources. (Doc. 15.) The motion is GRANTED. Plaintiffs shall respond to the motion to dismiss no later than June 27, 2023.

SO ORDERED this 7th day of June, 2023

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE